UNITED STATES DISTRICT COURT

Western district OF WASHINGTON

Sterling Jay: Shaw, Trustee
Prairie star National Trust,
On behalf of Keith Allan: Goulet, Private
Plaintiffs,

Defendants
MONSANTO COMPANY DUNS #168428287
BAYER CORPERATION DUNS #112117283

CV22 5324-DGE

Case No.

Compliant for Judgement

FILED _____ LODGED
_____ RECEIVED

MAY 09 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

TAC016997  not summons issued

## Introduction

I Keith Allan: Goulet, (herein after I, me, my or myself), Affiant, dispose and say the following: My True given name is Keith Allan: and my family name is Goulet.

**A. Prairie Star National Trust** – A Pure Contract Trust, whose jurisdiction is the Air, A Law Advocate – Administrator for the ID #GPSN-040620-3kg and Keith Allan: Goulet, WHICH HOLDS A Durable Power of Attorney for Keith Allan: Goulet 3965 Bethel Road, PMB# 1-244, Port Orchard, Washington [98366]

## Compliant for Judgement

On April 6, 2020, Keith A. Goulet, the living man, submitted an Affidavit of Truth, Statement of facts, too Monsanto Company and Bayer corporation. As a Notice of Obligation and Commercial Claim ID #GPSN-040620-3kg. Which was received on 11/19/2020 Bar code ID #02122021000065 that produced invoice ticket #12012-13413 for payment.
See attached full Notice of Obligations and Commercial Claim.

## Jurisdiction and Venue

This Court has jurisdiction over this action pursuant to 28 U.S.C. 1331, in that claim which arise under the laws of the United States, and this court has supplemental jurisdiction of additional claims pursuant to 28 U.S.C. 1367(a) as they all are so related to the federal questions that they form part of the same case or controversy.

Venue is proper in this District pursuant to 28 U.S.C. 1391 (b)(2) because at least one defendant and the Plaintiff reside in this District and a substantial part of the events or omissions giving rise to the plaintiffs' claims occurred in this District. In regard, the publications of injurious falsehoods were intended to occur in the Western District of Washington State, and they did occur in the Western District of Washington State.

By: *[signature: Keith A Goulet]*

Keith Allan: Goulet – claimant

Without Prejudice – All Rights Reserved

Filed by: *[signature: Sterling Jay Shaw]*  Sterling Jay: Shaw, Trustee Prairie Star National Trust
Without Prejudice – All Rights Reserved

## The Parties

**Prairie Star National Trust – KA. Goulet Managing Trustee**

**On behalf of: Keith Allan: Goulet – an American National**

3965 Bethel Road SE, PMB - #244

Port Orchard, Washington [98366]

Submitted by: /s/ KA. Goulet


**Monsanto Company**

800 North Lindbergh BLVD

St Louis, Missouri 63767


**BAYER CORPERATION UNITED STATES OF AMERICA**

100 Bayer Blvd

Whippany, NJ 07981

### EXHIBTS

A: NOTICE OF OBLIGATION & COMMERCIAL CLAIM, ID #GPSN-040620-3kg

B: ORDER ON MOTION FOR DEFAULT & EXHIBITS

**EXHIBIT:A**

A Security (15 USC)
A USSEC Tracer Flag
Not a point of Law

# NOTICE OF OBLIGATION
# COMMERCIAL CLAIM
### ID # - GPSN-040620-3kg



FILE COPY

I, Keith Allan: Goulet, (herein after: I, me, my or myself), Affiant, depose and say the following: My true given name is Keith Allan: and my family name is Goulet. Further, that without my knowledge or consent, the State of Montana created a "legal name" that sounds and is similar to my given name, which appears in the style of KEITH A. GOULET ens legis (meaning a legally created name). I further depose and say the following:

A Commercial lien is a non-judicial claim or charge against a Lien Debtor for the payment of a debt or the discharge of a duty or obligation to perform.

***********************************

April 6, 2020

To:   Monsanto World Headquarters
      Monsanto Company
      800 North Lindbergh Blvd
      St Louis, Missouri 63767

      Bayer Corporation United States of America
      100 Bayer Blvd
      Whippany, NJ 07981

EXHIBITS:

A. H.R. 326 Victims of Agent Orange Relief Act of 2019
B. DECLARATION OF POLITICAL STATUS – Keith A. Goulet
C. Affidavit of Truth – Public Notice Keith A. Goulet
D. MANDATORY NOTICE – FOREIGN SOVEREIGN IMMUNITIES ACT
E. PROOF OF IDENTITY – Photo copy of Passport
F. PROOF OF SERVICE – Copy of Military Service Vietnam
G. LETTER OF 100% DISABILITY – DEPARTMENT OF VETERANS AFFAIRS

## **MAXIMS**

- All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth. Truth is expressed in the form of an affidavit.
- An unrebutted affidavit stands as truth in commerce. Affidavit must be rebutted item for item, where as all items must be rebutted. Rebut all items or all items become truth.
- An unrebutted affidavit becomes judgment in commerce.
- Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)
- All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.
- Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle. The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.
- Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.
- Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.
- Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorship's without suspending commerce by a general declaration of martial law.
- It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court. An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.
- An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien. Pound breach (breach of impoundment) and rescue is a felony. It is against the law for a Judge to summarily

remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant or a Jury can dissolve a commercial lien.

- It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien. Only the Lien Claimant can dissolve a commercial Lien.

## Commercial Claim/Lien

1. A commercial lien is a non-judicial claim or charge against a Lien Debtor for the payment of a debt or the discharge of a duty or obligation to perform.
2. A commercial lien has the effect of permanently seizing a debtor's property. The administrative process allows for 90 days, at which time if the debtor fails to rebut the claim, then a lien may be entered against the debtor's property to satisfy the claim.
3. The Lien Rights of a Lien may be recorded with the county recorder's office for public notice.
4. A commercial lien does not require a court process for its establishment. A lien may be challenged via the 7th Amendment [common law] jury trial, but may not be removed by anyone except the Lien Claimant, or jury trial property constituted, convened and conducted by due process.
5. Guaranteed – All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, than one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. Ignorance of the law might be an excuse but is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.
6. All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses; hence, governments cannot exercise the power to expunge commercial processes.
7. A commercial lien cannot be removed without a complete point-by-point rebuttal of all Lien Claimant's affidavit points.
8. No common law process can remove a commercial lien, unless that common law process results in a complete rebuttal of the liens claimants Affidavit categories and point-by-point rebuttal.
9. When an offer is refused, it is dishonored. An Offer: being a presentment of something for acceptance – commands a response. There are three ways in which one may respond: 1) Accept the offer as stated. 2) Present a counter-offer, 3) stand mute. He who stands mute in his silence is acceptance of the

claim. A COUNTER-OFFER MUST BE a claim of a higher priority than the offer presented.

10. A claim can only be satisfied by 1) rebuttal by affidavit, point by point, 2) resolution by jury; or 3) payment or performance of the claim. No court and no judge can overturn or disregard or abrogate somebody's "Affidavit of Truth".

11. The only one who can rebut the "Affidavit of Truth" is the one who is adversely affected by it, It is their job, their right, their responsibility to speak for themselves. To issue their own rebuttal, no one can speak it or write it out for them.

12. Commercial Law maintains the commercial harmony, integrity and continuity of society, "to maintain the peace and dignity of the State". Over the millennia these principles have been discovered through experience and distilled and codified into ten fundamental "Maximums of Commercial Law".

**Novation: "the act by which the intervention of a new debtor, where another person becomes a debtor and is accepting the debtor's obligation or responsibility"**

## AFFIDAVIT OF TRUTH
## STATEMENT OF FACTS
## OF
## Keith A. Goulet

I, Keith A. Goulet, the living man, certify by my autograph below that I am the individual shown and described in Exhibit E, a certified copy of a passport issued by the Secretary of State o the United States of America.

That, I am the living man, addressed in the DEPARTMENT OF VETERANS AFFAIRS letter dated September 6, 2011. That letter certifies that:

1. I was declared 100% disabled as a result of my exposure to Agent Orange at DaNang, Vietnam. As a result of that exposure I was diagnosed with ***Ischemic heart disease.***

   2. Exhibit A, H.R. 326 – Victims of Agent Orange Relief Act of 2019, Section 2. FINDING AND PURPOSE:

   (5) Agent Orange exposure continues to negatively affect the lives of veterans of the United States Armed Forces, Vietnamese people, Vietnamese-American and their children. The lives of many victims are cut short and others live with disease, disabilities and pain, often untreated or unrecognized.

(6) The Department of Veteran Affairs recognizes certain illnesses and diseases, including amyloidosis, chronic B-cell leukimia, chloracne, diabetes, mellitus type 2, Hodgkin's disease, **ischemic heart disease**, multiple myeloma, non-Hodgkin's lymphoma, Parkinson's disease, acute and sub-acute peripheral neuropathy, porphyria cuteanea tarda, postrate cancer, respiratory cancers and soft-tissue sarcomas as associated with the spraying and **use of Agent Orange by the United States Armed Forces during the Vietnam era.** [Emphasis added].

2. I certify that I am an "American National" who served in the United States Marine Corp from October 21, 1961 to January 1966, during which time I was stationed at DaNang, Vietnam with the 3rd Engineer Battalion, 3rd Marine Division.

3. I certify that I am NOT a U.S. CITIZEN, and am not restricted under any United States Corporate agreements or laws from filing a claim against Monsanto Company or it current owner Bayer Corporation United States of America. Further, that I am a sovereign American National.

## The Allegations:

1. That Keith A. Goulet, the living man, was exposed to the chemical Agent Orange, along with other chemicals, manufactured by Monsanto Company.

2. From 1961 to 1971, approximately 19,000,000 gallons of 15 different herbicides were sprayed over the southern region of Vietnam. The agents included 13,000,000 gallons of Agent Orange, 4,500,000 gallons of Agent White, 1,000,000 gallons of Agent Blue, 420,000 gallons of Agent Purple, and relatively smaller quantities of other herbicides. Many of the herbicides, including Agent Orange, Purple, Green, Pink, Dinoxol, and Trinoxol contained the toxic contaminant dioxin (TCDD). Agent Blue contained high levels of Arsenic. The aforementioned 15 herbicides, including the contaminant dioxin, are usually collectively referred to as Agent Orange.

2. That Agent Orange... recognizes certain illnesses.... **ischemic heart disease**, are caused by exposure to Agent Orange.

3. That Keith A Goulet was affected by health issues related to exposure to Agent Orange which took place beginning on January 1, 1961 and ending on May 7, 1975, who has lived in those geographic areas in Vietnam that continue to contain high levels of Agent Orange...

4. That a child or descendant of an individual, was affected by health issues as a result of Keith A. Goulet's exposure to Agent Orange.

5. That the health and life of Keith A. Goulet has been irreparably damaged.

## The Claim

In the matter of settlement, the Claimant assesses damages in the amount of sixty ($60,000,000) million dollars to be paid in Lawful Money of the United States, to the Claimant or his heirs.

### NOTICE OF TIME LIMITS

A commercial lien is a non-judicial claim or charge against a Lien Debtor for the payment of a debt or the discharge of a duty or obligation to perform.

A commercial lien has the effect of permanently seizing a debtor's property, in three (3) months or 90 days, upon failure of the lien debtor to rebut the "Affidavit of Claim" for the lien.

The three-month delay in the execution of the lien, allows for resolution of the Claim in writing, or by a "common law" jury trial, within the (90) day period of grace.

A Distress bonded by an affidavit of information becomes a finalized and matured commercial lien and an account receivable ninety (90) days from the date of filing.

The Lien Right of a Lien must be expressed in the form of an Affidavit sworn true, correct and complete, with positive identification of the Affiant. The swearing is based on one's own commercial liability.

A commercial lien differs from a true bill in commerce only in that ordinarily a true bill in commerce is private, whereas a lien is the same true bill publically declared and usually filed in the office of the County Recorder, and like all such declarations, when uncontested by point-by-point rebuttal of the affidavit, is a Security and an account receivable per 15 USC.

A commercial lien does not require a court process for its establishment. However, a commercial lien may be challenged via the 7th Amendment jury trial, but may not be removed by anyone except the Lien Claimant, or a "common law" jury trial, property constituted, convened and concluded by due process of law.

A commercial lien cannot be removed by summary process, IE, by a judges decision.

No "common law" process can remove a commercial lien unless that "common law" process guarantees and results in a complete rebuttal of the lien claimants Affidavit categorically, and point-by-point in order to overthrow the one-to-one correspondence of the commercial lien.

NOTICE OF CLAIM: You have thirty (30) days in which to rebut the claims, in the manner described herein. IF YOU DO NOT respond within the thirty days, you will

receive a NOTICE OF DEFAULT, at which time you will have an additional thirty (30) days to cure the default. If you do not cure the claim within the 90 day period, a Lien will be recorded against your property.

The only one who can rebut the "Affidavit of Truth" is the one who is adversely affected by it, It is their job, their right, their responsibility to speak for themselves. To issue their own rebuttal, no one can speak it or write it out for them.

Commercial Law maintains the commercial harmony, integrity and continuity of society, "to maintain the peace and dignity of the State". Over the millennia these principles have been discovered through experience and distilled and codified into ten fundamental "Maximums of Commercial Law".

**Proof of Allegations:**

**Affiant: Keith A. Goulet,** the living man.

I, Keith A. Goulet, the living man, certify on my own commercial liability that I have grounds and do know that this Affidavit of Truth is true and correct and complete and is not mis-leading, the truth, the whole truth to the best of my knowledge.

Notice is hereby given that the Lien Debtors have 30 days after receipt of this Affidavit of Obligation to rebut or otherwise provide PROOF to invalidate all the allegations listed above. **AN UNREBUTTED AFFIDAVIT, STANDS AS TRUTH IN COMMERCE".**

**Surety:** Surety for the value of this Affidavit of Obligation/Commercial Lien is in the Transmitting Utility account # 517487279 of KEITH A. GOULET, as agreed upon under the terms and conditions of the UCC-1 and Security Agreement # SA-KAG11-194312.

This AFFIDAVIT OF TRUTH has been made public by its filing at/in Kitsap County Washington.

By: _Keith A Goulet_ ©

Keith A Goulet, private, Lien Claimant,
Without Prejudice, all rights reserved
c/o Post Office Box 1082
Port Orchard, Washington Postal Code 98366

************************************************************

# WASHINGTON SHORT-FORM INDIVIDUAL ACKNOWLEDGMENT (RCW 42.44.100)

State of Washington

County of __KITSAP__ } ss.

I certify that I know or have satisfactory evidence that __KETHA A GOULD__
                                                          Name of Signer

is the person who appeared before me, and said person acknowledged that he/she signed this instrument and acknowledged it to be his/her free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: __4·1·20__
       Month/Day/Year

__Peter J Mansfield__
Signature of Notarizing Officer

__Notary Public__
Title (Such as "Notary Public")

```
PETER J MANSFIELD
Notary Public
State of Washington
My Appointment Expires
Aug 3, 2021
```

Place Notary Seal Above

My appointment expires
__8·3·2021__
Month/Day/Year of Appointment Expiration

---- OPTIONAL ----

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Notice of Obligation__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org
Item No. 5906 • Reorder: Call Toll-Free 1-800-876-6827

| | | |
|---|---|---|
| MONSANTO WORLD HEADQUARTERS<br>Monsanto Company<br>800 North Lindbergh Blvd.<br>St. Louis, Missouri 63767 | Bayer Corporation United States of America<br>100 Bayer Blvd<br>Whippany, NJ 07981 | MONSANTO WORLD HEADQUARTERS<br>Monsanto Company<br>800 North Lindbergh Blvd.<br>St. Louis, Missouri 63767 |
| Bayer Corporation United States of America<br>100 Bayer Blvd<br>Whippany, NJ 07981 | | |

Certified : Regular mail



```
(USPS Certified Mail #)
(70190700000027371923)
 st-Class Mail®    1    $1.20    $1.20
 ge Envelope
   (Domestic)
   (ISSAQUAH, WA  98029)
   (Weight:0 Lb 2.00 Oz)
   (Estimated Delivery Date)
   (Wednesday 04/08/2020)
irst-Class Mail®    1    $1.60    $1.60
arge Envelope
   (Domestic)
   (SEATTLE, WA  98112)
   (Weight:0 Lb 3.80 Oz)
   (Estimated Delivery Date)
   (Wednesday 04/08/2020)
First-Class Mail®    1    $2.00    $2.00
Large Envelope
   (Domestic)
   (WHIPPANY, NJ  07981)
   (Weight:0 Lb 5.80 Oz)
   (Estimated Delivery Date)
   (Thursday 04/09/2020)
First-Class Mail®    1    $2.00    $2.00
Large Envelope
   (Domestic)
   (SAINT LOUIS, MO  63141)
   (Weight:0 Lb 5.80 Oz)
   (Estimated Delivery Date)
   (Thursday 04/09/2020)
 Class Mail®    1    $2.00    $2.00
  Envelope
   omestic)
   ATTLE, WA  98119)
   ight:0 Lb 5.70 Oz)
   .timated Delivery Date)
  Wednesday 04/08/2020)
  Class Mail®    1    $1.40    $1.40
    Envelope
    Domestic)
    SEATTLE, WA  98104)
    Weight:0 Lb 2.20 Oz)
```